IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PERLA KARINA TOVAR,

    Petitioner,

v.                                                                                                           2:21-cv-00172-WJ-LF
                                                                                                                 2:19-cr-03992-WJ-LF-1

UNITED STATES OF AMERICA,

    Respondent.

**ORDER ADOPTING MAGISTRATE JUDGE'S
PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

    The Magistrate Judge filed her Proposed Findings and Recommended Disposition ("PFRD") on July 27, 2023. Doc. 13. The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. *Id*. at 12. To date, the parties have not filed any objections and the time to do so has passed.

    Wherefore,

    **IT IS HEREBY ORDERED AS FOLLOWS:**

1.     The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 13) are ADOPTED;

2.     Plaintiff Perla K. Tovar's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody filed February 25, 2021 (Doc. 1) is dismissed with prejudice.

_____
CHIEF UNITED STATES DISTRICT JUDGE